UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA AULT,** | ) | Case No. 1:06CV1113 |
| | ) | |
| Plaintiff, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **MEDINA MEDICAL** | ) | |
| **INVESTORS, LLC d/b/a LIFE** | ) | |
| **CENTER OF MEDINA,** | ) | |
| | ) | |
| Defendant. | ) | |

      For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED, ADJUDGED** and **DECREED** that defendant's Motion for Summary Judgment (Docket No. 19) is **GRANTED**. This case is **DISMISSED**.

    **IT IS SO ORDERED**

Dated: July 9, 2007                                          *s/ Sara Lioi*
                                                                                    Hon. Sara Lioi
                                                                                     United States District Judge